Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HEATH HUSTAD-RAMOS**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> **BUFFALO WILD WINGS, INC.** and **BLAZIN WINGS, INC.,** and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 5:17-cv-01898-RGK-KK <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 18th day of October, 2017.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal  - 1

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On October 18, 2017, I served a true copy of the **NOTICE OF VOLUNTARY DISMISSAL** on all counsel of record by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

| **Littler Mendelson, PC**<br>**501 W. Broadway, Suite 900**<br>**San Diego, CA 92101** |  |
|---|---|

Executed on October 18, 2017, at Woodland Hills, CA

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
      Todd M. Friedman